# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Criminal Case Nos. TDC-20-0033 |
| | | TDC-21-0206 |
| **PATRIK MATHEWS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Patrick Mathews, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the conviction and sentence imposed in this action as set forth in open court on October 28, 2021.

Dated: November 10, 2021

Respectfully submitted,

/S/

JOSEPH A. BALTER    #04496
Law Office of Joseph A. Balter, LLC
Mt. Washington Mill
1340 Smith Avenue, Ste 200
Baltimore, Maryland 21201
Telephone: (410) 375-7082
Facsimile: (410) 779-1201
Email:    joseph@josephbalterlaw.com