

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David Ciambruschini, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

March 17, 2022

Warden
FCI
P.O. Box 500
Oxford, WI  53952

Re:  Patrick Mathews, #65229-037
   *United States v. Patrick Mathews* Criminal Case No. TDC-21-206

Dear Warden,

This Court has received a request for materials related to a federal case from an inmate housed at your facility.  This Court has a policy of responding to inmate requests for such documents by sending them only to the Warden of the facility in which they are confined.  The policy is designated to insulate inmates from being "shaken down" for their papers by gang members while they are incarcerated.  The Court requests that you make the materials available to the inmate through your office or appropriate staff.  Your assistance is appreciated.

This arrangement has also been explained to the inmate under separate letter mailed directly to him.

Sincerely,

*B. L. Jacobs*

Administrative Assistant
Staff Attorney's Office

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**